# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| In Re: | DAMON M. SWANK<br>SARA L. SWANK | : | Case No. 19-53851 |
|---|---|---|---|
| | | : | Chapter 13 |
| | Debtor(s) | : | Judge Jeffery P. Hopkins |

## TRUSTEE'S MOTION TO MODIFY CHAPTER 13 PLAN

Now comes Faye D. English, Chapter 13 Trustee, and moves this Court for Modification of Debtors' Chapter 13 Plan, pursuant to 11 U.S.C. § 1329(a) and Fed. R. Bankr. P. 3015. Support for this Motion is set forth below.

## MEMORANDUM IN SUPPORT

Debtors' Chapter 13 Plan was confirmed on December 13, 2019, and provides for a dividend of 1.4% to unsecured creditors. The plan was previously modified on March 04, 2020.

The Debtors have reported to the Trustee that there is additional disposable income due to a tax refund. The Trustee seeks to administer the sum of $1,528.00 from the Debtors' 2020 tax refund and raise the dividend paid to unsecured creditors to 21.332%. The proposed modification does not adversely affect creditors and applicable commitment period of 36 months.

Wherefore, the Trustee respectfully requests that this Court enter an Order modifying the Plan as set forth above pursuant to 11 U.S.C. § 1329 and granting such other and further relief as the Court deems just and proper.

Respectfully Submitted,

/s/ Faye D. English
Faye D. English
Chapter 13 Trustee
10 West Broad Street, Suite 1600
Columbus, Ohio 43215-3419
Telephone: 614-420-2555
Facsimile: 614-420-2550

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | | |
|---|---|---|---|
| IN RE: | DAMON M. SWANK<br>SARA L. SWANK | : | Case No. 19-53851 |
| | | : | Chapter 13 |
| | Debtor(s) | : | Judge Jeffery P. Hopkins |

## NOTICE OF MOTION TO MODIFY

Faye D. English, Chapter 13 Trustee, has filed papers with the Court to modify this case.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to grant the relief sought in the motion, then within within **twenty one (21) days** from the service date of the motion, you or your attorney must file with the Court a written response explaining your position at:

> U.S. Bankruptcy Court
> 170 N. High Street
> Columbus, OH 43215

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the deadline stated above. You must also mail a copy to all parties required to be served pursuant to the Federal and Local Rules of Bankruptcy Procedure, including the Chapter 13 Trustee at:

> Faye D. English, Chapter 13 Trustee
> 10 W. Broad Street, Suite 1600
> Columbus, OH 43215-3419

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.**

Dated: 3/16/2021

/s/ Faye D. English
Faye D. English
Chapter 13 Trustee

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Trustee's Motion to Modify Chapter 13 Plan was served (i) **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by **first class mail** on 3/16/2021 addressed to:

    Damon M. Swank
    Sara L. Swank
    635 Mclean St.
    Washington Ct. House, Oh 43160

                                      /s/ Faye D. English
                                      Faye D. English (0075557), Chapter 13 Trustee