This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.

**IT IS SO ORDERED.**

**Dated: April 12, 2021**



Jeffery P. Hopkins
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | | |
|---|---|---|---|
| In Re: | DAMON M. SWANK<br>SARA L. SWANK | : | Case No. 19-53851 |
| | | : | Chapter 13 |
| | | : | Judge Jeffery P. Hopkins |

### ORDER GRANTING TRUSTEE'S MOTION TO MODIFY PLAN (Doc. 66)

On this day the Court considered the Motion of the Chapter 13 Trustee to Modify the Chapter 13 Plan (Doc 66).

The Motion having been properly noticed, the plan pursuant to 11 U.S.C. § 1329 is modified. The Trustee shall administer the sum of $1,528.00 from the 2020 tax refund and the distribution to unsecured creditors is modified to a dividend of 21.332%.

**IT IS SO ORDERED.**

**Copies to:  Default List**